IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

DISPLAY TECHNOLOGIES, LLC, §
§
    Plaintiff, § Case No: 6:20-cv-1405-Orl-37 EJK
§
vs. § PATENT CASE
§
NAMSUNG AMERICA, INC. §
§
    Defendant. §
§

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DISPLAY TECHNOLOGIES, LLC, a private non-governmental property, certifies that the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case are below:

//

//

//

//

//

//

//

//

Patent Asset Management

Dated: August 4, 2020  Respectfully submitted,

*[signature]*

**EDWARD O'CONNOR**
Florida Bar No. 132223
**AVYNO LAW, P.C.**
6345 Balboa Blvd., Suite 208, Bldg. 1
Encino, California 91316
Tel: (949) 291-2894
Fax: (818) 332-4205
efo@avynolaw.com

OF COUNSEL:

**JAY JOHNSON** *(Pro Hac Vice Application Pending)*
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**