IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISPLAY TECHNOLOGIES, LLC, a § 
Texas limited liability company, §
§
    Plaintiff, §
§
vs. §   Case No:  6:20-cv-01405-RBD-EJK
§
NAMSUNG AMERICA, INC., a Florida §
corporation, §
§
    Defendant. §
_____ §

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X___ IS     related to pending or closed civil or criminal case(s) previously filed in this Court,

or any other Federal or State court, or administrative agency as

indicated below:

| Case | Case Number | Judge |
|---|---|---|
| Display Technologies, LLC v. Audio Partnership, LLC | 8:20-cv-01828-VMC-TGW | Judge Virginia M. Hernandez |
| Display Technologies, LLC v. Clarion Corporation of America, Inc. | 8:20-cv-1028-JVS-DFM | Judge James V. Selna |
| Display Technologies, LLC v. Mazda Motor of America, Inc. | 8:20-cv-1029-JVS-DFM | Judge James V. Selna |
| Display Technologies, LLC v. AP Global, Inc. | 2:20-cv-05041-RSWL-JC | Judge Ronald S.W. Lew |
| Display Technologies, LLC v. FCA US, LLC | 1;20-cv-00259-RGA | Judge Richard G. Andrews |
| Display Technologies, LLC v. Ferrari North America, Inc. | 1:20-cv-00260-RGA | Judge Richard G. Andrews |
| Display Technologies, LLC v. Jaguar Land Rover North America, LLC | 1:20-cv-00261-RGA | Judge  Richard G. Andrews |

| Aston Martin, LLC | 1:20-cv-00258-RGA | Judge Richard G. Andrews |
|---|---|---|
| Ava Enterprises, LLC | 1:20-cv-00262-RGA | Judge Richard G. Andrews |
| Alpine | 2:20-cv-10392-SJM-MJH | Judge Stephen J. Murphy, III |
| Soundstream | 1:20-cv-334-RGA | Judge Richard G. Andrews |
| Furrion, LLC | 3:19-cv-00699-JD-MGG | Judge Jon E DeGuilio |
| Klip Extreme LLC | 0:19-cv-61897-RS | Judge Rodney Smith |
| Inmusic, LLC | 0:19-cv-61896-KMM | Judge K Michael Moore |

_____ IS NOT    related to any pending or closed civil or criminal case filed with this Court,

or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than FOURTEEN (14) days after appearance of the party.

Dated: August 21, 2020                                   Respectfully submitted,

/s/ Edward F. O'Connor
**EDWARD O'CONNOR**
Florida Bar No. 132223
**AVYNO LAW, P.C.**
6345 Balboa Blvd., Suite 208, Bldg. 1
Encino, California 91316
Tel: (949) 291-2894
Fax: (818) 332-4205
efo@avynolaw.com

OF COUNSEL:

**JAY JOHNSON** *(Pro Hac Vice Application Pending)*
Texas Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**