UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISPLAY TECHNOLOGIES, LLC, a
Texas limited liability company,

        Plaintiff,

vs                                                      Case No. 6:20-cv-1405-Orl-37EJK

NAMSUNG AMERICA, INC., a Florida
corporation,

        Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    Plaintiff:                                Display Technologies, LLC

    Plaintiff's Attorneys:                Edward F. O'Connor of
                                                Avyno Law, P.C.

    Defendant:                          Namsung America, Inc.

    Companies Affiliated with Defendant:    Namsung Corporation, Seoul South Korea

   Defendant's Attorneys:   Ryan T. Santurri of
                  Allen, Dyer, Doppelt + Gilchrist, P.A.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Namsung America, Inc. is a subsidiary of Namsung Corporation, a company headquartered in Seoul, South Korea, and traded on the Korean Stock Exchange under symbol 004270.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

It is possible Namsung Corporation may be an active participant in the proceedings.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

None.

5. Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- or -

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Respectfully submitted October 2, 2020.

                 */s/ Ryan T. Santurri*
                 Ryan T. Santurri
                 Florida Bar No. 0015698
                 rsanturri@allendyer.com
                 **ALLEN, DYER, DOPPELT**
                  **& GILCHRIST, P.A.**

        255 S. Orange Avenue, Suite 1401
        Post Office Box 3791
        Orlando, FL  32802-3791
        Telephone:   407/841-2330
        Facsimile:    407/841-2343

        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 2, 2020, I electronically filed the foregoing using the Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

    Edward O'Connor, Esq.
    Avyno Law, P.C.
    6345 Balboa Blvd.,
    Suite 208, Bldg. 1
    Encino, CA 91316
    efo@avynolaw.com

        */s/ Ryan T. Santurri*
        Ryan T. Santurri