# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | Case No: 6:20-cv-01405-RBD-EJK |
| | § | |
| vs. | § | PATENT CASE |
| | § | |
| NAMSUNG AMERICA, INC.. | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Display Technologies, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Display Technologies LLC hereby voluntarily dismisses this action against Namsung America, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

DATED: October 12, 2020          Respectfully Submitted,

                                         /s/  Edwward F. O'Connor

                                       **EDWARD O'CONNOR**
                                       Avyno Law P.C.
                                       6345 Balboa Blvd.
                                       Suite 208, Bldg. 1
                                       Encino, CA 91316
                                       949 291-2894
                                       Email: efo@avynolaw.com

                                       **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on October 12, 2020, I electronically filed the foregoing using the Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

    Ryan T. Santurri, Esq.
    ALLEN, DYER, DOPPELT
     & GILCHRIST, P.A.
    255 S. Orange Avenue, Suite 1401
    Post Office Box 3791
    Orlando, FL. 32802-1791
    rsanturri@allendyer.com

                                                  */s/ Edward F. O'Connor*
                                                  Edward F. O'Connor